IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-102-AP

DEBBIE A. LEYBA,

    Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
Tel. (719) 543-8636
Fax (719) 543-8403
seckarlaw@mindspring.com

John F. Walsh
United States Attorney

J. Benedict Garcia
Assistant United States Attorney
District of Colorado

For Defendant:
Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, 4169
Denver, Colorado 80294-4003
Tel. (303) 844-0815
Fax (303) 844-0770
stephanie.kiley@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed:**    **January 16, 2013**

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office: September 5, 2013**

    **C.**    **Date Answer and Administrative Record Were Filed:**    **November 4, 2013**

**4.**    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state to the best of their knowledge the record is adequate.

**5.**    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state to the best of their knowledge that the record is complete.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state to the best of their knowledge that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state there are no other matters to bring to the attention of the Court.  This case is not on appeal from a decision issued on remand from this court

**8. BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due:**    **January 7, 2014**

    **B.**    **Defendant's Response Brief Due:**    **February 6, 2014**

    **C.**    **Plaintiff's Reply Brief (If Any) Due:**    **February 21, 2014**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:  Plaintiff does not request oral argument.**

    **B.**    **Defendant's Statement: Defendant does not request oral argument.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 21st day of November, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/Michael W. Seckar
Michael W. Seckar
402 West 12th Street
Pueblo, Colorado 81003
(719) 543-8636
seckarlaw@mindspring.com

Attorney for Plaintiff

s/Stephanie Lynn F. Kiley
By: Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney
Office of the General Counsel, SSA
1961 Stout Street, 4169
Denver, Colorado 80294-4003
(303) 844-0815
stephanie.kiley@ssa.gov
Attorneys for Defendant.