**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00102-MEH

DEBBIE A. LEYBA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered. It is

ORDERED that the decision of Commissioner of Social Security is affirmed and, accordingly, final judgment is entered in favor of Carolyn W. Colvin and against Debbie A. Leyba.  It is further

ORDERED that Defendant Carolyn W. Colvin, Commissioner of Social Security shall recover costs from Plaintiff DEBBIE A. LEYBA .

    Dated at Denver, Colorado this 7th day of May, 2014.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                          By: s/   K Lyons
                                    K Lyons
                                    Deputy Clerk